UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Roharil Cruz

                             Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR- 502 ( UA )

Defendant Roharil Cruz hereby voluntarily consents to participate in the following proceeding via X videoconferencing or X teleconferencing:

X    Initial Appearance Before a Judicial Officer

X    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

X    Bail/Detention Hearing

X    Conference Before a Judicial Officer

s/ Roharil Cruz
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Roharil Cruz
Print Defendant's Name

*Sam Braverman*
Defendant's Counsel's Signature

Samuel M. Braverman
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

8/17/2021
Date

Judith C. McCarthy
U.S. District Judge/U.S. Magistrate Judge