*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

> Application granted. The protective order will be separately docketed.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 24, 2021

**BY CM/ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601-4150

    Re:   *United States* v. *Roharil Cruz, et al.*, 21 Cr. 502 (PMH)

Dear Judge Halpern:

   The Government respectfully writes to inform the Court that the parties have reached an agreement regarding a protective order to govern discovery disclosures in the above-titled matter. The proposed protective order is attached to this letter.

   Accordingly, the Government respectfully requests, with the consent of defense counsel, that the proposed protective order be entered.

                       Respectfully submitted,

                       AUDREY STRAUSS
                       United States Attorney

      By: _____
           Jennifer N. Ong
           Assistant United States Attorney
           (914) 993-1926

cc:    Counsel of Record (CM/ECF)

Enclosure