March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -v-

Roharil Cruz,
               Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR- 502    (PMH )

Defendant <u>Roharil Cruz</u> hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___    Initial Appearance/Appointment of Counsel

___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Preliminary Hearing on Felony Complaint

___    Bail/Revocation/Detention Hearing

_X_    Status and/or Scheduling Conference

___    Misdemeanor Plea/Trial/Sentence


s/Sam Braverman on behalf of Roharil Cruz         *Sam Braverman*
Defendant's Signature                                          Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Roharil Cruz                                                Sam Braverman
Print Defendant's Name                              Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

1/31/22
_____                                  _____
Date                                                         U.S. District Judge/~~U.S. Magistrate Judge~~