UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA                    :
                                            :
v.                                          :        **SCHEDULING ORDER**
                                            :
**Roharil Cruz**,                           :        **7-21-cr-00502-1 PMH**
                         Defendants.        :
                                            :
-------------------------------------------------------------x

        **A <u>De Novo Review</u> in this case is scheduled on <u>February 16, 2022 at 9:00 a.m.</u>**

        Because of the current public health emergency, the Court will conduct the conference by telephone conference call, if defendants waive their right to be physically present and consent to appear by teleconference after consultation with counsel.

        Accordingly, it is hereby ORDERED:

1.        By <u>February 14, 2022</u>, defense counsel shall advise the Court in writing as to whether defendant, after consultation with counsel, waives his right to be physically present and consents to appear by video or telephone for the proceeding.

        **Co-counsel, members of the press, and the public may access the audio feed of the proceeding by calling (888) 398-2342 and entering Access Code: 3456831#.**

2.        Counsel and defendant should call **(888) 398-2342** and use Access Code **3456831#**.

        Dated: February 3, 2022                SO ORDERED:

                                        _____
                                        Philip M. Halpern, U.S.D.J