March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

ROHARIL CRUZ,
      Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-502 (PMH)

Defendant ROHARIL CRUZ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

\_\_\_ Initial Appearance/Appointment of Counsel

\_\_\_ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

\_\_\_ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

\_\_\_ Misdemeanor Plea/Trial/Sentence


s/ ROHARIL CRUZ
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Sam Braverman*
Defense Counsel's Signature

ROHARIL CRUZ
Print Defendant's Name

Samuel M. Braverman
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

2/16/22
Date

U.S. District Judge/U.S. Magistrate Judge