March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

Roharil Cruz,

               Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-CR-502 (PMH)

Defendant _____Roharil Cruz_____ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

___   Bail/Revocation/Detention Hearing

_X_   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence

_s/Sam Braverman on behalf of Roharil Cruz_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Roharil Cruz_
Print Defendant's Name

*Sam Braverman*
Defense Counsel's Signature

Sam Braverman
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

_5/18/22_
Date

_____
U.S. District Judge/U.S. Magistrate Judge