March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

Roharil Cruz,

                        Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21 -CR- 502 (PMH) ( )

Defendant Roharil Cruz hereby voluntarily consents to participate in the following proceeding via teleconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X__ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence


___s/Roharil Cruz/SMB_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Roharil Cruz
Print Defendant's Name

*s/ Sam Braverman*
Defense Counsel's Signature

Samuel M. Braverman
Print Defense Counsel's Name

This proceeding was conducted by AT&T teleconferencing technology.

3/3/w
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge