# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

---

| | |
|---|---|
| FRANCIS L. O'REILLY<br>FRANKOREILLY9@GMAIL.COM | 1735 POST ROAD, SUITCE 2C<br>FAIRFIELD, CT 06824<br>TEL: (203) 913-4608<br>FAX: (203) 319-0128 |

**VIA ECF**

Honorable Philip M. Halpern
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> March 1, 2023

Re: *United States v. Roharil Cruz, et al.*, 21-cr-502 (PMH)

Dear Judge Halpern:

    I write, respectfully, pursuant to the Criminal Justice Act, to request funds to test the drugs that were seized in connection with the above referenced case.

    Your Honor Previously granted permission on April 12, 2022, but the testing was ultimately never done. <u>See</u> ECF # 49.

    Mr. Cruz would like for there to be independent testing of the drugs. We believe it is important for independent chemical testing given the contested composition of the drugs.

    Accordingly, we are renewing prior counsel's request for the drugs to be tested at an independent facility.

    Thank you for your consideration in this matter. I am, of course, available to provide more information at the Court's convenience.

    Respectfully submitted,

    <u>/s Francis L. O'Reilly</u>

    Francis Lee O'Reilly

cc: All Parties (via ECF)