# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

FRANCIS L. O'REILLY  
FRANKOREILLY9@GMAIL.COM

1735 POST ROAD, SUITE 2C  
FAIRFIELD, CT 06824  
TEL: (203) 913-4608

> Application granted. The sentencing has been adjourned to the earliest available date on the Court's calendar, February 5, 2024 at 2:30 p.m. in courtroom 520. Any written submissions by defendant shall be filed by January 16, 2024, and the government's response shall be filed by January 23, 2024.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_  
> Philip M. Halpern  
> United States District Judge
>
> Dated:  White Plains, New York  
> October 30, 2023

**VIA ECF**

Honorable Philip M. Halpern  
U.S. District Court Judge  
The Hon. Charles L. Brieant Jr.  
Federal Building and United States Court  
300 Quarropas Street  
White Plains, NY 10601

Re: <u>United States v. Roharil Cruz, et al.</u>, 21-cr-502 (PMH)

Dear Judge Halpern:

    I am counsel to Roharil Cruz. I write, with no objection from the government, to respectfully request a brief three-week adjournment of Mr. Cruz's sentencing, currently scheduled for November 22, 2023.

    I will be out of the office from November 17 through December 1, 2023.

    Therefore, with no objection from the government, the defense respectfully requests a three week adjournment of Mr. Cruz's sentencing and the corresponding deadlines for sentencing submissions.

    I thank the Court for its attention to this matter.

                                         Respectfully submitted,

                                         <u>/s Francis L. O'Reilly</u>

                                         Francis Lee O'Reilly

cc: All Parties (via ECF)