UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA

v.

ROHARIL CRUZ,
                Defendant.

-----------------------------------------------------------x

**RESCHEDULING ORDER**

7:21-cr-00502-PMH

      Sentencing in this matter currently scheduled for February 5, 2024 is rescheduled to July 9, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

      It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

**SO ORDERED:**

Dated: White Plains, New York
         December 19, 2023

_____
Philip M. Halpern
United States District Judge