UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA

v.

ROHARIL CRUZ,
                  Defendant.
-------------------------------------------------------------x

**SCHEDULING ORDER**

7:21-cr-00502-PMH

With respect to the sentencing currently scheduled for July 9, 2024, any written submission by the defendant shall be filed by June 18, 2024, and the Government's response shall be filed by June 25, 2024.

**SO ORDERED:**

Dated: White Plains, New York
       January 16, 2024

_____
Philip M. Halpern
United States District Judge