# FRANCIS L. O'REILLY
*ATTORNEY AT LAW*

FRANCIS L. O'REILLY                                                                                                        TE 2C
FRANKOREILLY9@GMAIL.CO                                                                                       06824
                                                                                                                                      -4608
                                                                                                                                      -0128

> Application granted. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 125).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>             June 18, 2024

**VIA ECF**

Honorable Philip M. Halpern
U.S. District Court Judge
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

                                    Re: <u>United States v. Roharil Cruz, et al.</u>, 21-cr-502 (PMH)

Dear Judge Halpern:

    I am counsel to Roharil Cruz. I write, with no objection from the government, to respectfully request a brief extension of time to file the defendant's sentencing submission. The submission is currently due today, and I request a brief extension of time to June 21. This will permit me time to review the submission with Mr. Cruz prior to filing with the Court.

    Therefore, with no objection from the government, the defense respectfully requests a brief extension of time to file its sentencing submission.

    I thank the Court for its attention to this matter.

                                                                                            Respectfully submitted,

                                                                                            /s Francis L. O'Reilly

                                                                                            Francis Lee O'Reilly

cc: All Parties (via ECF)